UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:19-cr-191-J-34JBT

SCOTT BALOTIN
GREG CARTER
THOMAS JONES
JOHN CLARK WALTON
DAVID STEVENS
SAM TODD
DERWIN ALLEN
PABLO ORTIZ

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), hereby files a Bill of Particulars for Forfeiture of Property.

The Indictment notified the defendants that the United States would seek the forfeiture of specific properties. In addition to those properties, the United States intends to seek forfeiture of the following properties as substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and as incorporated by 18 U.S.C. § 982(b)(1):

    a.    Real property located at 1133 W. Kesley Lane, St. Johns, St. Johns County, Florida 32259, including all improvements thereon and appurtenances thereto;

 b. Real property located at 2984 Myra Street, Jacksonville, Duval County, Florida 32205-5861, including all improvements thereon and appurtenances thereto;

 c. Real property located at 2678 Ernest Street, Jacksonville, Duval County, Florida 32204-3427, including all improvements thereon and appurtenances thereto;

 d. Real property located at 5831 Begonia Road, Jacksonville, Duval County, Florida 32209-2422, including all improvements thereon and appurtenances thereto;

 e. Real property located 4056 Jammes Road, Jacksonville, Duval County, Florida 32210-5078, including all improvements thereon and appurtenances thereto;

 f. Real property located at 3638 Jammes Road, Duval County, Florida 32210-5056, including all improvements thereon and appurtenances thereto;

 g. Real property located at 2319 Eudine Drive, W., Jacksonville, Duval County, Florida 32210-2622, including all improvements thereon and appurtenances thereto;

 h. Real property located at 2923 Corinthian Avenue, Jacksonville, Duval County, Florida 32210-4401, including all improvements thereon and appurtenances thereto;

 i. Real property located at 4163 Oxford Avenue, Jacksonville, Duval County, Florida 32210-4425, including all improvements thereon and appurtenances thereto;

 j. Real property located at 4167 Oxford Avenue, Jacksonville, Duval County, Florida 32210-4425, including all improvements thereon and appurtenances thereto; and

    k.    Real property located at 45379 American Dream Drive, Callahan, Nassau County, Florida 32011-5096, including all improvements thereon and appurtenances thereto.;

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney
Florida Bar No. 0748307
300 N. Hogan Street, Suite 700
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: bonnie.glober@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                *s/ Bonnie A. Glober*
                                                BONNIE A. GLOBER
                                                Assistant United States Attorney