UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
10-18-21
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NO. 3:19-cr-191-MMH-JBT

-vs-

SCOTT BALOTIN
GREG CARTER
THOMAS JONES
JOHN CLARK WALTON

## VERDICT AS TO SCOTT BALOTIN

1. **Count One**

As to Count One of the Indictment, which charges SCOTT BALOTIN with conspiracy to commit health care fraud in violation of Title 18, United States Code, Section 1349, we, the Jury, find Defendant SCOTT BALOTIN:

NOT GUILTY _____   GUILTY __X__

2.  **Count Two**

As to Count Two of the Indictment, which charges SCOTT BALOTIN with the solicitation and receipt of a health care kickback, on or about January 2, 2015, in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(A) and Title 18, United States Code, Section 2, we, the Jury, find Defendant SCOTT BALOTIN:

NOT GUILTY __X__     GUILTY _____

3.  **Count Ten**

As to Count Ten of the Indictment, which charges SCOTT BALOTIN with the payment of a health care kickback, on or about February 16, 2015, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A) and Title 18, United States Code, Section 2, we, the Jury, find Defendant SCOTT BALOTIN:

NOT GUILTY __X__     GUILTY _____

4. **Count Twelve**

As to Count Twelve of the Indictment, which charges SCOTT BALOTIN with engaging in an illegal monetary transaction, on or about January 6, 2015, in violation of Title 18, United States Code, Section 1957 and Title 18, United States Code, Section 2, we, the Jury, find Defendant SCOTT BALOTIN:

NOT GUILTY \_\_\_\_\_    GUILTY __X__

SO SAY WE ALL,

_____
FOREPERSON'S SIGNATURE

__10-18-2021__
DATE

3