UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:19-cr-191-MMH-MCR

SCOTT BALOTIN

## REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), Roger B. Handberg, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment in the above-captioned case, solely as to Defendant Scott Balotin, as a matter of prosecutorial discretion.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Scott Balotin and direct the Clerk of Court to close the case as to that defendant.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ *Michael J. Coolican*
MICHAEL J. COOLICAN
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Tele: 904-301-6300
E-mail: michael.coolican@usdoj.gov

U.S. v. SCOTT BALOTIN                                  Case No. 3:19-cr-191-MMH-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael J. Coolican
MICHAEL J. COOLICAN
Assistant United States Attorney