UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr-191-MMH-MCR

SCOTT BALOTIN

**OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTIONS FOR BILL OF PARTICULARS, TO EXCLUDE SURREPTITIOUS RECORDING, TO COMPEL DISCOVERY, TO STRIKE ALLEGATIONS FROM INDICTMENT, TO PROHIBIT USE OF ACQUITTED CONDUCT, AND TO DISMISS**

As a matter of prosecutorial discretion, the United States is declining to retry the case against defendant Scott Balotin and has requested leave to dismiss the charges against him under Federal Rule of Criminal Procedure 48(a).  *See* Doc. 920.[1]  The request for leave to dismiss the case against Balotin is pending, the deadline to respond to his various pretrial motions has arrived (*see* Doc. 907-913, 919), and therefore, the United States files this omnibus response to those pending motions.

The United States does not concede that Balotin is entitled to the relief that he seeks in his motions, and given that the United States has requested leave to dismiss

---

[1] To avoid any doubt, the undersigned has conferred with counsel for Mr. Balotin, who has confirmed that Balotin does not oppose the United States request for leave to dismiss the charges against him.

the indictment against him, Balotin's pretrial motions are now moot.   Accordingly, the United States respectfully requests that they be denied.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Michael J. Coolican*
      MICHAEL J. COOLICAN
      Assistant United States Attorney
      USA No. 156
      ASHLEY WASHINGTON
      Assistant United States Attorney
      USA No. 177
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Tele: 904-301-6300
      E-mail: michael.coolican@usdoj.gov
             ashley.washington2@usdoj.gov

U.S. v. SCOTT BALOTIN	Case No. 3:19-cr-191-MMH-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael J. Coolican
MICHAEL J. COOLICAN
Assistant United States Attorney